IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROSIE BOBO; and AMBER GRAYSON,
Each Individually and on Behalf of
All Others Similarly Situated                                      PLAINTIFFS

v.                       No. 4:18-cv-230-DPM

LM WIND POWER BLADES ND, INC.                                       DEFENDANT

## ORDER

The Court appreciates the parties' careful and thorough joint report and revised papers. *№ 21.* The Court agrees that a hearing is probably unnecessary. The Court therefore cancels the 5 March 2019 hearing. The Court will study all the new papers and file an Order in due course.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2019