IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROSIE BOBO; and AMBER GRAYSON,
Each Individually and on Behalf of
All Others Similarly Situated                                    PLAINTIFFS

v.                     No. 4:18-cv-230-DPM

LM WIND POWER BLADES ND, INC.                                    DEFENDANT

ORDER

**1.** The Court held a fairness hearing on 12 July 2019. No one filed an objection. No objector appeared at the hearing. There were one thousand two hundred seventy-seven potential claimants. The parties provided the required notice and all the approved forms to the group/class members. The parties supplemented the record in a pre-hearing report and at the hearing: three hundred fifty-four claims were made; and about $20,000 in attorney's fees have accrued for work on behalf of the group/class.

**2.** The Court approves the proposed settlement and grants the parties' joint motion for final approval. The agreement meets Rule 23(e)'s requirements: it's fair, reasonable, and adequate. In reaching its conclusion, the Court has considered the strength of the plaintiffs' case, the defendant's financial condition, the complexity of additional litigation, and the amount of opposition to the settlement. *Keil v. Lopez*,

862 F.3d 685, 693–98 (8th Cir. 2017); *Van Horn v. Trickey*, 840 F.2d 604, 607 (8th Cir. 1988). The attorney's fee was negotiated at arms length and separate from the merits settlement. And, overall, the agreed fee—$37,000—is reasonable in light of these circumstances: the work done; the work that will be done; the results; and the greater amount of fees in prospect had the parties engaged in adversarial discovery, motions, and trial. *Petrovic v. Amoco Oil Company*, 200 F.3d 1140, 1157 (8th Cir. 1999).

3. The Court therefore authorizes the parties to take all the necessary steps to finalize their settlement. The original motion, № 18, is denied without prejudice as moot. The superseding unopposed motion, № 24, is granted. The Court will dismiss the case with prejudice, retaining jurisdiction to enforce the parties' settlement during the next several months. Joint report on disbursements due by 27 September 2019.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 July 2019